[No. 14892-3-I.  Division One.  December 16, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
BREWER BRANCH, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 84-1-00193-0, H. Joseph Coleman, J., entered
June 6, 1984. *Reversed* by unpublished opinion per Grosse,
J., Corbett, C.J., and Scholfield, J., concurring in the result.

[No. 15418-4-I.  Division One.  December 16, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
THORNTON, *Defendant*, JUAN EDWARD BANEGAS,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 84-1-00426-2, Mary Wicks Brucker, J.,
entered September 10, 1984. *Affirmed* by unpublished
opinion per Coleman, J., concurred in by Ringold and
Webster, JJ.

[No. 14946-6-I.  Division One.  December 16, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE
NORMAN ADAMSKI, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 83-8-02142-3, Gary M. Little, J., entered July
19, 1984. *Affirmed* by unpublished opinion per Coleman, J.,
concurred in by Ringold and Webster, JJ.